[No. 8404-3-III.   Division Three.   May 24, 1988.]

*In the Matter of the Marriage of* KAREN L. BARNETT, *Respondent, and* JIMMY L. BARNETT, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 84-3-00159-1, James M. Murphy, J.,

entered January 26, 1987. *Affirmed* by unpublished opinion per Thompson, J., concurred in by McInturff, C.J., and Munson, J.